UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORLANDO GARCIA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JBSTELEGRAPH LLC,<br><br>　　　　　Defendant. | Case No. 21-cv-04905-AGT<br><br>**CONDITIONAL DISMISSAL**<br>Re: Dkt. No. 13 |

Plaintiff has notified the Court that the parties have reached a tentative settlement and that they expect to file a joint stipulation for dismissal, with prejudice, within sixty days. Given that notice, the Court conditionally dismisses the case without prejudice. If the parties notify the Court on or before December 20, 2021, that their tentative settlement won't be finalized within the expected time period, the Court will either amend this order or will vacate this order and schedule a case management conference. If the parties don't file such a notice by December 20, the action will be dismissed with prejudice. All currently set dates in the case are vacated.

**IT IS SO ORDERED.**

Dated: October 19, 2021

　　　　　　　　　　　　　　　　　　　　　　　　　ALEX G. TSE
　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge