CENTER FOR DISABILITY ACCESS
Amanda Seabock, Esq., SBN 289900
Prathima Price, Esq., SBN 321378
Dennis Price, Esq., SBN 279082
8033 Linda Vista Road, Suite 200
San Diego, CA 92111
(858) 375-7385; (888) 422-5191 fax
amandas@potterhandy.com
Attorneys for Plaintiff

Richard Morin (SBN 285275)
Law Office of Rick Morin, PC
555 Capitol Mall Suite 750
Sacramento, CA 95814-4508
Phone: (916) 333-2222
Email: legal@rickmorin.net
Attorney for Defendant
JBSTELEGRAPH LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORLANDO GARCIA,<br><br>     Plaintiff,<br>v.<br><br>JBSTELEGRAPH LLC, a California Limited Liability Company,<br><br>     Defendants. | Case No.: 3:21-cv-04905-AGT<br><br>**JOINT STIPULATION FOR DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), IT IS STIPULATED by and between the parties hereto that this action may be dismissed with prejudice as to all parties; each party to bear his/her/its own attorneys' fees and costs. This stipulation is made as the matter has been resolved to the satisfaction of all parties.

1  Dated: November 18, 2021      CENTER FOR DISABILITY ACCESS
2
3                                By:    /s/ Amanda Seabock
                                        Amanda Seabock
4                                       Attorneys for Plaintiff
5
6  Dated: November 18, 2021      LAW OFFICE OF RICK MORIN, PC
7
8
9                                By:    /s/ Richard Morin
                                        Richard Morin
10                                      Attorneys for Defendant
                                        JBSTELEGRAPH LLC
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**SIGNATURE CERTIFICATION**

I hereby certify that the content of this document is acceptable to Richard Morin, counsel for JBSTELEGRAPH LLC, and that I have obtained authorization to affix his electronic signature to this document.

Dated: November 18, 2021        CENTER FOR DISABILITY ACCESS

                                By:    /s/ Amanda Seabock
                                       Amanda Seabock
                                       Attorneys for Plaintiff